RECEIVED
NOV 2 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RUTH BLACK, ET AL. | MISC. CASE NO. 16-mc-00079 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Ruth Black, as Administrator and Derivative Claimant; and Ronald Nix, Mary Mix, John Nix, and Harvey Nix, as Derivative Claimants of the Estate of Donald Nix, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE